

| | | | |
|---|---|---|---|
| **USDA** United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |

                                        **File Code:** 6270
                                                     2019-FS-R2-01443-F
                                        **Date:** September 17, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request made December 7, 2018 and received by the Rocky Mountain Regional Office on December 13, 2018. Your request was assigned control number **2019-FS-R2-01443-F**.

Your FOIA request sought proposed Plans of Operation and related records for exploratory gold mining on the Mystic Ranger District of the Black Hills National Forest. The Forest has previously made two proposed Plans of Operation available on the Forest's website. The records provided here are four additional proposed Plans of Operation on the Mystic Ranger District consisting of 47 pages. Post review, we have determined that the 47 pages are being released in full in this first response. They are Bates labeled 1BHCWA_FOIA_000001 through 1BHCWA_FOIA_000047. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Stephanie C. Bengford at telephone: (605) 357-2341, fax: (605) 330-4402 or email: Stephanie.Bengford@usdoj.gov.

Sincerely,

JACQUELINE BUCHANAN
Digitally signed by JACQUELINE BUCHANAN
Date: 2020.09.17 11:13:00 -06'00'

JENNIFER EBERLIEN
Acting Regional Forester

Enclosure: One pinyon link to responsive documents
cc: Jason Collins, Louie Conroy, Jerome Krueger, Stephanie Bengford



Caring for the Land and Serving People        Printed on Recycled Paper


Sloan Decl. Exhibit D1

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, September 18, 2020 9:07 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS |
| **Subject:** | Pinyon Link for BHCWA Lit Production 1 |
| **Attachments:** | Formal Letter 500253.pdf |

Good morning,

The link below represents the "enclosure" specified in the attached formal notification letter for the first release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request. Let me know if you have any problems accessing the link; it will stay active for 30 days. If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/lzd73ku27x9dop9sw956103ureqs0b4x

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

p: 303-275-5050
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

Sloan Decl. Exhibit D2

 **United States Department of Agriculture** | **Forest Service** | **Rocky Mountain Region** | 1617 Cole Blvd
Lakewood, CO 80401
303-275-5350
Fax: 303-275-5366

| | File Code: | 6270 |
|---|---|---|
| | | 2019-FS-R2-01443-F |
| | Date: | October 1, 2020 |

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request made December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search has been initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 3,000 pages are ready for release in this second response. These records are being released in full; they are Bates labeled 1BHCWA_FOIA_000048 through 1BHCWA_FOIA_003047. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Stephanie C. Bengford at telephone: (605) 357-2341, fax: (605) 330-4402 or email: Stephanie.Bengford@usdoj.gov.

Sincerely,

**JACQUELINE BUCHANAN**
Digitally signed by JACQUELINE BUCHANAN
Date: 2020.10.01 08:56:54 -07'00'

JENNIFER EBERLIEN
Acting Regional Forester

Enclosure: One pinyon link to responsive documents
cc: Jason Collins, Louie Conroy, Jerome Krueger, Stephanie Bengford

   Caring for the Land and Serving People   Printed on Recycled Paper 

Sloan Decl. Exhibit D3

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, October 2, 2020 9:43 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS |
| **Subject:** | Pinyon Link for BHCWA Lit Production 2 |
| **Attachments:** | Formal Letter 501806.pdf |

Good morning,

The link below represents the "enclosure" specified in the attached formal notification letter for the second release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request. Let me know if you have any problems accessing the link; it will stay active for 30 days. If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/bwxyex74mls5r5ypombf9vzo2ied1kzv

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

p: 303-275-5050
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

1

Sloan Decl. Exhibit D4



| | | | |
|---|---|---|---|
| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |

| | |
|---|---|
| **File Code:** | 6270<br>2019-FS-R2-01443-F |
| **Date:** | October 15, 2020 |

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search has been initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 3,000 pages are ready for release in this third response. These records are being released in full; they are Bates labeled 1BHCWA_FOIA_003048 through 1BHCWA_FOIA_006047. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Stephanie C. Bengford at telephone: (605) 357-2341, fax: (605) 330-4402 or email: Stephanie.Bengford@usdoj.gov.

Sincerely,

TAMARA WHITTINGTON
Digitally signed by TAMARA WHITTINGTON
Date: 2020.10.15 13:30:46 -06'00'

JENNIFER EBERLIEN
Acting Regional Forester

Enclosure: One pinyon link to responsive documents
cc: Jason Collins, Louie Conroy, Jack Isaacs, Stephanie Bengford



Caring for the Land and Serving People      Printed on Recycled Paper

Sloan Decl. Exhibit D5

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, October 16, 2020 12:47 PM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS |
| **Subject:** | Pinyon Link for BHCWA Lit Production 3 |
| **Attachments:** | Formal Letter 503598.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Good morning,

The link below is the enclosure specified in the attached formal notification letter for the third release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request. Let me know if you have any problems accessing the link; it will stay active for 30 days. If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/eh1emu74lv25dce03xvpouevt5kvupe4

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

**p: 303-275-5050**
**aaron.rasor@usda.gov**

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us



**Caring for the land and serving people**

1

Sloan Decl. Exhibit D6



| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |
|---|---|---|---|

**File Code:** 6270
2019-FS-R2-01443-F
**Date:** October 23, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD  57709

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search has been initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 8,000 pages are ready for release in this fourth response. These records are being released in full; they are Bates labeled 1BHCWA_FOIA_006048 through 1BHCWA_FOIA_014047. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

TAMARA WHITTINGTON
Digitally signed by TAMARA WHITTINGTON
Date: 2020.10.23 14:53:38 -06'00'

PATRICIA M O'CONNOR
Acting Regional Forester

Enclosure: One pinyon link to responsive documents

cc: Jason Collins, Louie Conroy, Jack Isaacs, Alison Ramsdell, Travis Stills, Kirk Minckler



Caring for the Land and Serving People        Printed on Recycled Paper



Sloan Decl. Exhibit D7

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, October 23, 2020 4:01 PM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov |
| **Subject:** | Pinyon Link for BHCWA Lit Production 4 |
| **Attachments:** | Formal Letter 504922.pdf |

Good afternoon,

The link below is the enclosure specified in the attached formal notification letter for the fourth release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request. Let me know if you have any problems accessing the link; it will stay active for 30 days. If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/bwxyex74mls5r5ypombf9vzo2ied1kzv

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

p: 303-275-5050
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

Sloan Decl. Exhibit D8



| USDA United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |

**File Code:** 6270
2019-FS-R2-01443-F
**Date:** November 20, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search has been initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 2,023 pages in PDF format and 105MB of GIS files in native format are ready for release in this fifth response. The PDF records are Bates labeled 1BHCWA_FOIA_014048 through 1BHCWA_FOIA_016070. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

**TAMARA WHITTINGTON**  Digitally signed by TAMARA WHITTINGTON
Date: 2020.11.20 14:14:00 -07'00'

PATRICIA M O'CONNOR
Acting Regional Forester

Enclosure: One pinyon link to responsive documents

cc: Jason Collins, Louie Conroy, Jack Isaacs, Alison Ramsdell, Travis Stills, Kirk Minckler



Caring for the Land and Serving People


Printed on Recycled Paper

Sloan Decl. Exhibit D9

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, November 20, 2020 3:43 PM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov; Minckler, Kirk - OGC, Lakewood, CO; Travis Stills |
| **Subject:** | Pinyon Link for BHCWA Lit Production 5 |
| **Attachments:** | Formal Letter 508014.pdf |

Good afternoon,

The link below is the enclosure specified in the attached formal notification letter for the fifth release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request. Let me know if you have any problems accessing the link; it will stay active for 30 days. If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/89zl17pwx4f27vllf3j2xwrr4l9z59tl

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

p: 303-275-5050
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

Sloan Decl. Exhibit D10



| | | | |
|---|---|---|---|
| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |

**File Code:** 6270
2019-FS-R2-01443-F
**Date:** December 2, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search has been initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 3,000 pages are ready for release in this sixth response. The records are Bates labeled 1BHCWA_FOIA_016071 through 1BHCWA_FOIA_019070. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

JACQUELINE BUCHANAN
Digitally signed by JACQUELINE BUCHANAN
Date: 2020.12.02 16:41:42 -07'00'

PATRICIA M O'CONNOR
Acting Regional Forester

Enclosure: One pinyon link to responsive documents

cc: Jason Collins, Louie Conroy, Jack Isaacs, Alison Ramsdell, Travis Stills, Kirk Minckler



Caring for the Land and Serving People            Printed on Recycled Paper



Sloan Decl. Exhibit D11

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, December 4, 2020 8:20 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov; Minckler, Kirk - OGC, Lakewood, CO; Travis Stills |
| **Subject:** | BHCWA FOIA Litigation Production Release 6 |
| **Attachments:** | Formal Letter 509146.pdf |

Good morning,

The link below is the enclosure specified in the attached formal notification letter for the sixth release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request.  Let me know if you have any problems accessing the link; it will stay active for 30 days.  If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/f2vi2psmxv2434cv6mjm0e6oej4v1kj8

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization.

Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

**p: 303-275-5050**
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

1

Sloan Decl. Exhibit D12

Case 5:20-cv-05034-JLV   Document 28-4   Filed 01/29/21   Page 13 of 18 PageID #: 277



| **USDA** United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |
|---|---|---|---|

| | |
|---|---|
| **File Code:** | 6270<br>2019-FS-R2-01443-F |
| **Date:** | December 16, 2020 |

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD  57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018.  Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search was initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 3,000 pages are ready for release in this seventh response. The records are Bates labeled 1BHCWA_FOIA_019071 through 1BHCWA_FOIA_022070. The Regional Office is continuing to review responsive records for future releases.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

PATRICIA M O'CONNOR
Acting Regional Forester

Enclosure: One one-line link to responsive records
cc:  Jason Collins, Louie Conroy, Jeff Tomac, Alison Ramsdell, Travis Stills, Kirk Minckler



Caring for the Land and Serving People     Printed on Recycled Paper



Sloan Decl. Exhibit D13

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, December 18, 2020 11:10 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov; Minckler, Kirk - OGC, Lakewood, CO; Travis Stills |
| **Subject:** | BHCWA FOIA Litigation Production Release 7 |
| **Attachments:** | 00.Formal Letter 511269.pdf |

Good morning,
The link below is the enclosure specified in the attached formal notification letter for the seventh release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request.  Let me know if you have any problems accessing the link; it will stay active for 30 days.  If you need additional time to download the records, please notify us before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/hvbj0w7p8pj4ee1oq5ley5fkdkgdb1tc

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization. Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

**p: 303-275-5050**
aaron.rasor@usda.gov

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us



**Caring for the land and serving people**

Sloan Decl. Exhibit D14



| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |
|---|---|---|---|

**File Code:** 6270
2019-FS-R2-01443-F
**Date:** December 29, 2020

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018 and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search was initiated for responsive electronic and hard copy records. After a review of a portion of those records, the Regional Office has determined that 1,062 pages are ready for release in this eighth response. The records are Bates labeled 1BHCWA_FOIA_022071 through 1BHCWA_FOIA_023132. The Regional Office is continuing to review responsive records for a final release.

This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

JACQUELINE BUCHANAN
Digitally signed by JACQUELINE BUCHANAN
Date: 2020.12.29 10:27:37 -07'00'

PATRICIA M O'CONNOR
Acting Regional Forester

Enclosure: One one-line link to responsive records
cc: Jason Collins, Louie Conroy, Jeff Tomac, Alison Ramsdell, Travis Stills, Kirk Minckler



Caring for the Land and Serving People        Printed on Recycled Paper


Sloan Decl. Exhibit D15

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Thursday, December 31, 2020 9:56 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov; Minckler, Kirk - OGC, Lakewood, CO; Travis Stills; Sloan, Jenna - FS; Sidon, Joshua - FS |
| **Subject:** | BHCWA FOIA Litigation Production Release 8 |
| **Attachments:** | Formal Letter 512363.pdf |

Good morning,
The link below is the enclosure specified in the attached formal notification letter for the eighth release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request.  Let me know if you have any problems accessing the link; it will stay active for 30 days.  If you need additional time to download the records, please notify me before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/5ddnpv80hj0gsdknc2wu237scnsyymit

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization. Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

**p: 303-275-5050**
**aaron.rasor@usda.gov**

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us

**Caring for the land and serving people**

Sloan Decl. Exhibit D16



| United States Department of Agriculture | Forest Service | Rocky Mountain Region | 1617 Cole Blvd<br>Lakewood, CO 80401<br>303-275-5350<br>Fax: 303-275-5366 |

| | File Code: | 6270<br>2019-FS-R2-01443-F |
|---|---|---|
| | Date: | January 29, 2021 |

Lilias Jarding, PhD.
President
Black Hills Clean Water Alliance
PO Box 591
Rapid City, SD 57709
liliasjarding@gmail.com

Dear Dr. Jarding:

This letter is in response to your Freedom of Information Act (FOIA) request dated December 7, 2018, and received by the U.S. Department of Agriculture's Forest Service Rocky Mountain Regional Office on December 13, 2018. Your request was assigned tracking number **2019-FS-R2-01443-F**.

In response to your FOIA request, a search was conducted for responsive electronic and hard copy records. After a complete review of those records, the Regional Office has determined that the remaining files are ready for release in this ninth response. Included in these records are 25MB of GIS data, released in full and in each files' native format. Seventy-nine MB of responsive GIS data files was withheld in full under Exemption 3 (5 U.S.C. 552(b)(3)) of the FOIA. During the final review of all the productions, a re-release of productions 5, 7, and 8 are also included in this final release. The number of protections exerted in these productions has been greatly reduced, and corresponding redactions subsequently removed. These re-releases are presented in standard PDF format and consist of 2,023 pages Bates labeled 1BHCWA_FOIA_014048 through 1BHCWA_FOIA_016070, 3,000 pages Bates labeled 1BHCWA_FOIA_019071 through 1BHCWA_FOIA_022070, and 1,062 pages Bates labeled 1BHCWA_FOIA_022071 through 1BHCWA_FOIA_023132, respectively. The portions that remain redacted are protected under Exemption 3, Exemption 5 (5 U.S.C. 552(b)(5)) and Exemption 6 (5 U.S.C. 552(b)(6)) of the FOIA. The Regional Office is currently in production of a Vaughn index, indicating the information redacted and setting forth the basis for those redactions.

This is the final release of records by the Forest Service Rocky Mountain Regional Office in response to your FOIA request. This FOIA request is currently the subject of *Black Hills Clean Water Alliance v. United States Forest Service*, Case No. 5:20-cv-05034-JLV. If you have any questions, please do not hesitate to contact Assistant United States Attorney Alison J. Ramsdell at telephone: (605) 357-2338, fax: (605) 330-4402 or email: Alison.Ramsdell@usdoj.gov.

Sincerely,

JACQUELINE BUCHANAN
Digitally signed by JACQUELINE BUCHANAN
Date: 2021.01.29 10:40:54 -07'00'

TAMARA ANGEL
Acting Regional Forester

Enclosure: One one-line link to responsive records

cc: Jason Collins, Louie Conroy, Jeff Tomac, Alison Ramsdell, Travis Stills, Kirk Minckler

   Caring for the Land and Serving People   Printed on Recycled Paper 

Sloan Decl. Exhibit D17

| | |
|---|---|
| **From:** | Rasor, Aaron - FS |
| **Sent:** | Friday, January 29, 2021 11:13 AM |
| **To:** | liliasjarding@gmail.com |
| **Cc:** | Collins, Jason - FS; Rebain, Stephanie - FS; Alison.Ramsdell@usdoj.gov; Minckler, Kirk - OGC, Lakewood, CO; Travis Stills; Sloan, Jenna - FS; Sidon, Joshua - FS |
| **Subject:** | BHCWA FOIA Litigation Production Release 9 |
| **Attachments:** | Formal Letter 515897.pdf |

Good morning,
The link below is the enclosure specified in the attached formal notification letter for the nineth and final release for FOIA request 2019-FS-R2-01443-F. The link contains a downloadable partial release of responsive records to your request.  Let me know if you have any problems accessing the link; it will stay active for 30 days.  If you need additional time to download the records, please notify me before the 30 days is over.

Here is the link to the requested content: https://usfs-public.box.com/s/6bp611e7b8vjfg1lap1jdstflphp8ddj

Please note that this link is accessible to anyone who obtains it; we request it is not shared outside of your organization. Let me know if you have any questions.

Sincerely,



**Aaron Rasor**
**Data Services Specialist, FOIA**

**Forest Service**
**Rocky Mountain Regional Office**

**p: 303-275-5050**
**aaron.rasor@usda.gov**

1617 Cole Boulevard, Building 17
Lakewood, CO 80401
www.fs.fed.us



**Caring for the land and serving people**

1

Sloan Decl. Exhibit D18