UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BLACK HILLS CLEAN WATER ALLIANCE, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendants. | 5:20-CV-5034-LLP <br><br><br> ORDER |

The Court is not aware if Defendants provided certain relevant information to Plaintiff pursuant to the Freedom of Information Act.  Accordingly,

**IT IS ORDERED** that on or before June 14, 2023, Defendants shall advise the Court if they have released to Plaintiff Plans of Operation and related documents for Mineral Mountain Resources Rochford, Chanley Cutty Sark and Moe Griffee Triple G Rallo's Roost Double Deuce.

Dated this ____ day of June, 2023.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK